# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Randy S. Wilson                                    Docket No. 5:12-MJ-1769-1

**Petition for Action on Probation**

      COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Randy S. Wilson, who, upon an earlier plea of guilty to Level 5, Driving While Impaired, in violation of 18 U.S.C. § 13 assimilating NCGS 20-138.1, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on April 10, 2013, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program directed by the U.S. Probation Office.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law.

5. The defendant shall pay a $10 Special Assessment and $200 Fine.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    Subsequent to the probationer's placement on supervision he was transferred to the Northern District of Texas to live with family. He has resided there throughout the period of supervision. Recently, the supervising probation officer informed our office that the probationer was stopped by the Grand Prairie Texas Police Department and issued a citation for Expired Vehicle Registration on January 27, 2014. He was also served with an outstanding warrant for DWI, which allegedly occurred on March 21, 2013, in El Paso, Texas, prior to him being placed on probation.

Randy S. Wilson
Docket No. 5:12-MJ-1769-1
Petition For Action
Page 2

On February 5, 2014, the probationer was questioned regarding his alcohol use. He admitted to binge drinking on weekends and further advised he had a problem with controlling his alcohol consumption. He requested assistance to address his substance abuse problems. The probationer has satisfied the community service obligation and all urine screens have revealed negative results for any illegal drug use. The supervising probation officer is recommending the court modify the probationer's conditions to include substance abuse treatment and alcohol abstinence. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for the treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $5 per month.

2. The defendant shall not patronize any bars or other establishments where alcohol is the primary item for sale.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: February 14, 2014

**Randy S. Wilson**
**Docket No. 5:12-MJ-1769-1**
**Petition For Action**
**Page 3**

## ORDER OF COURT

Considered and ordered this __14th__ day of __February__, 2014, and ordered filed and made a part of the records in the above case.

_____
William A. Webb
U.S. Magistrate Judge